STATE OF NEW JERSEY v. WILLIAM B. HARRIS.

May 3, 1977. Petition for certification denied.

THE ALLAN-DEANE CORP. v. THE TWP. OF BEDMINSTER.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT M. MOORE.

May 3, 1977. Petition for certification denied. (See 147 *N. J. Super.* 490)

STATE OF NEW JERSEY v. MICHAEL KING.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND WHITE.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SEMPSEY.

May 3, 1977. Petition for certification denied. (See 141 *N. J. Super.* 317)